# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2021

Bridget M. McCormack,
Chief Justice

163075(44)

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JOSEPH AYOTTE,
      Petitioner-Appellant,

v

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
      Respondent-Appellee.

_____/

SC: 163075
COA: 350666
Arenac CC: 17-013506-AV

On order of the Chief Justice, the motion of the Michigan Probate Judges Association and the Children's Law Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before September 1, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2021



Clerk